AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DRUCILLA BOCAROV,**
**JASON VAUGH, AND**
**CHRISTY VAUGHN,**

       **Plaintiffs,**

                           **JUDGMENT IN A CIVIL CASE**

**v.**

**JUDGE JACK PUFFENBERGER**      **CASE NO. C2-10-39**
**AND BENJAMIN WYREMBEK,**      **JUDGE EDMUND A. SARGUS, JR.**
                                           **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

       **Defendants.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

     Pursuant to the OPINION AND ORDER filed October 27, 2010, JUDGMENT is hereby entered in favor of the Defendants. This case is DISMISSED.

Date: October 27, 2010                        JAMES BONINI, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                     (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk